IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Case No. 1:26-cv-01091-JPH-MKK

WATSON MUSIC GROUP, LLC
d/b/a QUADRASOUND MUSIC,

Plaintiff,

v.

J AND G CAPITAL, LLC d/b/a CROSS
LAKES APARTMENTS,

Defendant.

---

# JOINT NOTICE OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Watson Music Group, LLC d/b/a Quadrasound Music ("Plaintiff") and defendant J and G Capital, LLC d/b/a Cross Lakes Apartments ("Defendant") (each a "Party" and collectively, the "Parties"), hereby give notice that the Parties have reached a settlement in principle that fully resolves this lawsuit. The parties are finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days, and ask that the Court stay any intervening deadlines/cancel any upcoming hearings to allow the parties to complete the terms of their settlement.

Dated: October 14, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 W. Market Street Indianapolis, IN 46204
Telephone: (317) 635-8900
chad.oswald@dentons.com
alex.gude@dentons.com

By: /s/ Charles E. Oswald
Charles E. Oswald, Atty. No. 27279-49
Alex E. Gude, Atty. No. 28586-53

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.