IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Case No. 1:26-cv-01091-JPH-MKK

WATSON MUSIC GROUP, LLC
d/b/a QUADRASOUND MUSIC,

Plaintiff,

v.

J AND G CAPITAL, LLC d/b/a CROSS LAKES APARTMENTS,

Defendant.

The court acknowledges the Stipulation of Dismissal With Prejudice, Dkt. [28]. The Clerk is DIRECTED to close this case on the docket.
JPH, 10/29/2026.
Distribution via ECF.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Watson Music Group, LLC d/b/a Quadrasound Music ("Plaintiff") and defendant J and G Capital, LLC d/b/a Cross Lakes Apartments ("Defendant") (each a "Party" and collectively, the "Parties"), being all Parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each Party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: October 28, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 W. Market Street Indianapolis, IN 46204
Telephone: (317) 635-8900
chad.oswald@dentons.com
alex.gude@dentons.com

By: /s/ Charles E. Oswald
Charles E. Oswald, Atty. No. 27279-49
Alex E. Gude, Atty. No. 28586-53